**UZBEKISTAN airways**

INVOICE № 2.2.1-2352
DATE: 01.11.2016

| Seller: | State committee of the Republic of Uzbekistan for privatization, demonopolization and development of competition |
|---|---|
| ADDRESS: | 55, Uzbekistan Ave., 100003 Tashkent, Uzbekistan |
| Participant: | UZBEKISTAN AIRWAYS |
| ADDRESS: | 41, Amir Temur Ave., 100060, Tashkent, Uzbekistan |

Please remit payment without deduction to the following bank account of the Participant:

| Account No.: | (USD) 20210840900596077030 |
|---|---|
| Account with: | Central operation branch of the National bank for Foreign Economic Activity of the Republic of Uzbekistan |

SWIFT CODE: NBFAUZ2X | BANK CODE: 00882

E-mail: fo@uzairways.com

| Purchaser: | RUSAVIAINVEST, LTD. |
|---|---|
| ADDRESS: | 25, 1 Soviet side str., Shchelkovo, 141100 Moscow, Russia |
| ATTENTION: | Director General A.K. Vorobyev |
| E-mail: | rusaviainvest@mail.ru |

| SUBJECT: AIRCRAFT | QTY | UNIT PRICE USD | VAT % | TOTAL USD |
|---|---|---|---|---|
| **One Airbus Model A310 aircraft, Reg. No. UK 31003, MSN 706** Equipped with: two Pratt & Whitney model PW4152 engines MSN P724942 and P724943, and GTCP 331-250 APU P-1318 In accordance with the Agreement No. 2 on Sale-Purchase of Aircraft dated October 27, 2016 | 1 | 2 000 000,00 | - | 2 000 000,00 |
| **TOTAL AMOUNT** | | | | **2 000 000,00** |

Note: Uzbekistan Airways has right to correct the invoice in case of disagreements

**GENERAL DIRECTOR**      **V.N. TYAN**

**FINANCIAL DIRECTOR**      **A.A. SATTAROV**