|  **UZBEKISTAN** *airways* | | INVOICE № 2.2.1-2353 DATE: 01.11.2016 | |
|---|---|---|---|
| Seller: | **State committee of the Republic of Uzbekistan for privatization, demonopolization and development of competition** | Purchaser: | **RUSAVIAINVEST, LTD.** |
| ADDRESS: | 55, Uzbekistan Ave., 100003 Tashkent, Uzbekistan | ADDRESS: | 25, 1 Soviet side str., Shchelkovo, 141100 Moscow, Russia |
| Participant: | **UZBEKISTAN AIRWAYS** | | |
| ADDRESS: | 41, Amir Temur Ave., 100060, Tashkent, Uzbekistan | | |
| Please remit payment without deduction to the following bank account of the Participant: | | ATTENTION: | Director General A.K. Vorobyev |
| Account No.: | (USD) 20210840900596077030 | | |
| Account with: | Central operation branch of the National bank for Foreign Economic Activity of the Republic of Uzbekistan | | |
| SWIFT CODE: NBFAUZ2X   |   BANK CODE: 00882 | | | |
| E-mail: | fo@uzairways.com | E-mail: | rusaviainvest@mail.ru |

| SUBJECT: AIRCRAFT | MSN | PRICE USD | VAT % | TOTAL USD |
|---|---|---|---|---|
| **Three AVRO Model RJ-85 aircrafts bearing Reg. No. UK 80001, UK 80002, UK 80003** <br> Each AC equipped with:    two Honeywell model LF507-1F engines <br>                                              and one APS-1000 auxiliary power unit <br> **Three LF507-1F engines, one APS-100 APU and aviation spare parts** <br> In accordance with the Agreement No. 3 on Sale-Purchase of Aircraft dated October 27, 2016 | E2312 <br> E2309 <br> E2319 <br> - | 2 800 000,00 <br> 1 600 000,00 <br> 1 600 000,00 <br> 2 400 000,00 | - | **8 400 000,00** |
| TOTAL AMOUNT | | | | **8 400 000,00** |

Note: Uzbekistan Airways has right to correct the invoice in case of disagreements

**GENERAL DIRECTOR**                                                                                 **V.N. TYAN**

**FINANCIAL DIRECTOR**                                                                              **A.A. SATTAROV**