

# UZBEKISTAN airways

| | | | |
|---|---|---|---|
| Seller: | State committee of the Republic of Uzbekistan for privatization, demonopolization and development of competition | Purchaser: | RUSAVIAINVEST, LTD. |
| ADDRESS: | 55, Uzbekistan Ave., 100003 Tashkent, Uzbekistan | ADDRESS: | 25, 1 Soviet side str., Shchelkovo, 141100 Moscow, Russia |
| Participant: | **UZBEKISTAN AIRWAYS** | | |
| ADDRESS: | 41, Amir Temur Ave., 100060, Tashkent, Uzbekistan | | |

INVOICE № 2.2.1-2352
DATE: 01.11.2016

Please remit payment without deduction to the following bank account of the Participant:

| | | | |
|---|---|---|---|
| Account No.: | (USD) 20210840900596077030 | ATTENTION: | Director General A.K. Vorobyev |
| Account with: | Central operation branch of the National bank for Foreign Economic Activity of the Republic of Uzbekistan | | |

SWIFT CODE: NBFAUZ2X    |    BANK CODE: 00882

| | | | |
|---|---|---|---|
| E-mail: | fo@uzairways.com | E-mail: | rusaviainvest@mail.ru |

| SUBJECT: AIRCRAFT | QTY | UNIT PRICE USD | VAT % | TOTAL USD |
|---|---|---|---|---|
| **One Airbus Model A310 aircraft, Reg. No. UK 31003, MSN 706** <br> Equipped with: two Pratt & Whitney model PW4152 engines MSN P724942 and P724943, and GTCP 331-250 APU P-1318 <br> In accordance with the Agreement No. 2 on Sale-Purchase of Aircraft dated October 27, 2016 | 1 | 2 000 000,00 | - | 2 000 000,00 |
| **TOTAL AMOUNT** | | | | **2 000 000,00** |

Note: Uzbekistan Airways has right to correct the invoice in case of disagreements.

**GENERAL DIRECTOR**          V.N. TYAN

**FINANCIAL DIRECTOR**          A.A. SATTAROV