Eric Creizman <ecreiz@creizmanllc.com>

# Case Number SDGT-2017-344769-1
1 message

**Eric Creizman** <ecreiz@creizmanllc.com>  Tue, Oct 3, 2017 at 4:50 PM
To: ofac_feedback@treasury.gov

I represent Rusaviainvest OOO in the above-referenced matter. According to the licensing hotline, this matter wa closed and a letter of closure was mailed out on or about August 20, 2017. I have not received it. I am asking that you please send it to me immediately.

Eric M. Creizman, Esq.
CREIZMAN LLC
Attorneys at Law
565 Fifth Avenue, New York, New York 10017
T: (212) 972-0200; F: (646) 200-5022
Direct Dial: (646) 513-4842

www.creizmanllc.com

 Search      

Crestron Tech Maintenance - **For Boardrooms, Video Walls, Facial Recognition, Biometric Security & More!** Ad ···

## Messaging

Search messages

| Alison Cooper | 5:04 PM |
|---|---|
| InMail • Blocked Funds Matter | |

| LaShann DeArcy Hall | 2:11 PM |
|---|---|
| You: Hi LeShann, I met your clerk yesterday on his first day! | |

| Edward Y. Kim | 1:52 AM |
|---|---|
| You: Week after is best. I have two sentencing hearings that… | |

| Northwestern Unive… | Oct 2 |
|---|---|
| Sponsored • Drive Meaningful Change | 1 |

| Daniel Friedman | Oct 1 |
|---|---|
| You: Hey Daniel, how's it going? I recently hired a guy you're… | |

| "Toby" Thomas D. T… | Sep 25 |
|---|---|
| You: Happy birthday! | |

| LinkedIn Marketin… | Sep 23 |
|---|---|
| LinkedIn Offer • Expand your Company Page's reach | 1 |

**Alison Cooper**
Office of Foreign Assets Control (OFAC)

Today

**Blocked Funds Matter**

Hello Ms. Cooper:

I apologize for this unconventional communication, but I am an attorney from New York and represent a client whose wire transfers to purchase airline parts were blocked pursuant to the OFAC sanctions programs. I have made numerous submissions to OFAC, and despite learning from the sanctions hotline that a license application was closed, and a "letter of closure" was mailed on August 20, I still have not received it. I cannot speak to a human being. I get no responses to my emails or thorough submissions. I am beyond frustrated, and have no idea what to do about this or what to tell my client.

The relevant Case Numbers are: SDGT-2017344769-1, UKRAINE-EO13661-2017-244261-1 and Reference Numbers are: ABS201704113376S, ABS201704113377S, and ABS201704133380A. My client is Rusaviainvest, OOO. I have written a total of 2 substantive submissions, with exhibits, dated June 6, 2017 and July 5, 2017, and 2 follow-up submissions dated August 21, 2017 and September 26, 2017. I have received no response whatsoever to those official submissions and to my many emails.

I do not believe it would be too burdensome to simply send me a letter explaining the closure of the application, the pending status of the remaining matters, or even call me. I am hoping that you will respond to me.

Best regards,

Eric Creizman

You haven't received a response yet.

## Promoted



**Crestron Tech Maintenance**
For Boardrooms, Video Walls, Facial Recognition, Biometric Security & More!

**Leads for New Attorneys**
Connect With 100,000 Clients. Targeted By Practice Area In Real Time.

**How does six CEUs sound?**
Our hypnotherapy training is approved for sixty continuing education hours.

About   Help Center   Privacy & Terms ∨
Advertising   Business Services ∨
Get the LinkedIn app   More

LinkedIn LinkedIn Corporation © 2017

Messaging ···