
№ 120а
дата/date 01.11.2017



## DEPARTMENT OF THE TREASURE
## Office of Foreign Assets Control (OFAC)

Case No
SDGT-2017-344261-1, SDGT-2017-344569-1, SDGT-2017-344570-1

Dear Sir or Madam,

We hereby confirm and guarantee that our company, OOO "Rusaviainvest", located at 25, 1st Soviet pereulok, Schelkovo, Moscow, Russian Federation, has never had any relations with any person or organization specified under the Executive order.

Furthermore, the blocked transactions were part of the deal between our company, OOO "Rusaviainvest", and National Aircompany "Uzbekistan Airways" with headquarter at 41, Amir Temur avenue, Tashkent, 100060, Republic of Uzbekistan.

Please note, that "Uzbekistan Airways" has long-standing cooperation with Boeing company and operates more than dozen of Boeing aircraft, additionally "Uzbekistan Airways" has recently acquired the newest Boeing Dreamliner aircraft.

General Director                          Vorobev Andrey