# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RUSAVIAINVEST, OOO

Plaintiff,

-v-

STEVEN T. MNUCHIN, ANDREA M. GACKI, JEFF SESSIONS, and U.S. DEPT. OF THE TREASURY, OFAC

Defendant.

Case No. 18-CV-5676 (PGG)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RUSAVIAINVEST, OOO (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 26, 2018

*Eric Creizman*

**Signature of Attorney**

**Attorney Bar Code:** EC7684