**RUSAVIAINVEST, OOO v. STEVEN T. MNUCHIN, in his official capacity as the Secretary of the Treasury; ANDREA M. GACKI, in her official capacity as the Acting Director of the Office of Foreign Assets Control; JEFF SESSIONS, in his official capacity as the Attorney General of the United States; and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL**

No: 18 Civ. 5676 (PGG)

Administrative Record ("AR") Index

**Evidentiary and Exhibits**

| Document Description | Bates Numbers |
|---|---|
| Evidentiary and Exhibits | AR 0001 – AR 0240 |

**Section A: Records related to transaction dated March 31, 2017 for $200,000.00**

| Document Description | Bates Numbers |
|---|---|
| 1. Initial Communication regarding Blocked Transaction SDGT-9966 | AR 0241 |
|     a. Internal OFAC email exchange | AR 0242 – AR 0243 |
|     b. [redacted] | AR 0244 – AR 0245 |
|     c. [redacted] | AR 0246 – AR 0249 |
| 2. [redacted] | AR 0250 – AR 0252 |
| 3. License Application (SDGT-2017-344569-1), including supplemental materials, submitted by Rusaviainvest to OFAC on 4/24/2017. Documents include online application, bank document, invoice, passport of Director/Owner Andrei Vorobev, and SWIFT report. | AR 0253 – AR 0261 |
| 4. Application Supplement, including attachments submitted by Creizman LLC to OFAC on behalf of Rusaviainvest, dated 6/6/2017 | AR 0262 – AR 0333 |
| 5. Letter from Creizman LLC, including attachments to OFAC, dated 7/5/2017 | AR 0334 – AR 0421 |
| 6. Fax from Creizman LLC, including attachments to OFAC, dated 8/21/2017 | AR 0422 – AR 0430 |
| 7. Email exchanges between Creizman LLC and/or Rusaviainvest and OFAC | AR 0431 |
|     a. Email exchange with Creizman LLC and OFAC, including attachments, dated August 9, 2017 | AR 0432 – AR 0439 |
|     b. Email from Creizman LLC to OFAC, dated October 3, 2017 | AR 0440 – AR 0441 |

| | |
|---|---|
| c. Email from OFAC Licensing Division to Rusaviainvest including Denial Letter, dated October 5, 2017 | AR 0442 – AR 0445 |
| 8. Internal OFAC Email exchanges, including Licensing Division, Compliance Division and the Office of Global Targeting | AR 0446 |
| a. Internal email exchange, including attachments, dated August 22, 2017 | AR 0447 – AR 0469 |
| b. Internal email, dated October 4, 2017 | AR 0470 – AR 0471 |
| 9. OFAC Denial for case SDGT-2017-344569-1 issued to Rusaviainvest | AR 0473 – AR 0474 |

## Section B: Records related to transaction dated April 3, 2017 for $1,000,000.00

| Document Description | Bates Numbers |
|---|---|
| 1. Initial Communication regarding Blocked Transaction SDGT-10522 | AR 0475 |
| a. Internal OFAC email exchange | AR 0476 – AR 0477 |
| b. [redacted] | AR 0478 – AR 0479 |
| c. [redacted] | AR 0480 – AR 0484 |
| 2. [redacted] | AR 0485 – AR 0487 |
| 3. License Application (SDGT-2017-344570-1), including supplemental materials, submitted by Rusaviainvest to OFAC on 4/24/2017. Documents include online application, bank document, invoice, passport of Director/Owner Andrei Vorobev, and SWIFT report. | AR 0488 – AR 0496 |
| 4. Duplicate License Application received 4/26/2017. New case file created (SDGT-2017-344759-1) but closed upon discovery application was duplicate of SDGT-2017-344570-1 | AR 0497 – AR 0505 |
| 5. Supplemental information submitted as new license application on 5/15/20217. New case file created (SDGT-2017-344769) but merged with active case file (SDGT-2017-344750-1) upon discovery case file was supplemental material. | AR 0506 – AR 0539 |
| 6. Supplemental information submitted as new license application on 5/19/2017. New case file created (SDGT-2017-344783) but merged with active case file (SDGT-2017-344750-1) upon discovery case file was supplemental material. | AR 0540 – AR 0560 |
| 7. Application Supplement, including attachments submitted by Creizman LLC to OFAC on behalf of Rusaviainvest, dated 6/6/2017 | AR 0561 – AR 0632 |
| 8. Letter from Creizman LLC, including attachments to OFAC, dated 7/5/2017 | AR 0633 – AR 0720 |
| 9. Fax from Creizman LLC, including attachments to OFAC, dated 8/21/2017 | AR 0721 – AR 0729 |

| Document Description | Bates Numbers |
|---|---|
| 10. Email from OFAC to Rusaviainvest, including Denial Letter, dated October 5, 2017 | AR 0730 – AR 0733 |
| 11. Internal OFAC Email exchange, including Licensing Division and the Office of Global Targeting, including attachments, dated August 22, 2017 | AR 0734 – AR 0752 |
| 12. OFAC Denial for case SDGT-2017-344570-1 issued to Rusaviainvest | AR 0753 - AR 0755 |

## Section C: Records related to transaction dated April 11, 2017 for $200,000.00

| Document Description | Bates Numbers |
|---|---|
| 1. Initial Communication regarding Blocked Transaction SDGT-10681 | AR 0756 |
|     a. Internal OFAC email exchange | AR 0757 – AR 0758 |
|     b. ■■■■ | AR 0759 – AR 0760 |
|     c. ■■■■ | AR 0761 – AR 0764 |
|     d. ■■■■ | AR 0765 – AR 0767 |
|     e. ■■■■ | AR 0768 – AR 0769 |
| 2. ■■■■ | AR 0770 – AR 0775 |
| 3. License Application (SDGT-2017-344261-1), including supplemental materials, submitted by Rusaviainvest to OFAC on 5/4/2017. Documents include online application, invoice, passport of Director/Owner Andrei Vorobev, Company Registration, and Contract | AR 0776 – AR 0803 |
| 4. Application Supplement including attachments submitted by Creizman LLC to OFAC on behalf of Rusaviainvest, dated 6/6/2017 | AR 0804 – AR 0875 |
| 5. Letter from Creizman LLC, including attachments to OFAC, dated 7/5/2017 | AR 0876 – AR 0963 |
| 6. Fax from Creizman LLC, including attachments to OFAC, dated 8/21/2017 | AR 0964 – AR 0972 |
| 7. Email exchange with Creizman LLC and OFAC, including attachments, dated August 9, 2017 | AR 0973 – AR 0980 |
| 8. Internal OFAC Email exchange, including Licensing Division and the Office of Global Targeting, including attachments, dated August 22, 2017 | AR 0981 – AR 1003 |
| 9. OFAC Denial for case SDGT-2017-344261-1 issued to Rusaviainvest | AR 1004 – AR 1006 |