**PIERCE BAINBRIDGE**

Eric M. Creizman
Partner
277 Park Avenue, 45th Floor
New York, NY 10172
ecreizman@piercebainbridge.com
Direct Dial: (212) 972-0200

**VIA ECF**

June 6, 2019

The Honorable Paul G. Gardephe
United District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, New York 10007

    *Re: Rusaviainvest, OOO v. Mnuchin, et al.,*
      Case No.18-CV-5676 (PGG)

Dear Judge Gardephe:

    We represent Plaintiff Rusaviainvest, OOO in the above-referenced action. I am writing to respectfully request that the Court hear oral argument in connection with the Defendants' motion for summary judgment, and the Plaintiff's cross-motion for summary judgment. Both motions have been fully briefed.

    I thank the Court for its consideration in this matter.

                                     Respectfully submitted,
                                     */s/ Eric M. Creizman*
                                     Eric M. Creizman

cc:    Jennifer A. Jude, Esq. (by ECF and email)
        Assistant United States Attorney