**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RUSAVIAINVEST, OOO,<br><br>                Plaintiff,<br><br>     v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the Treasury; ANDREA M. GACKI, in her official capacity as the Director of the Office of Foreign Assets Control; MERRICK B. GARLAND, in his official capacity as the Attorney General of the United States; and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>                Defendants. | No. 18 Civ. 5676 (PGG) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, (2) Administrative Record, (3) Classified and Privileged Lodging, and (4) Declaration of Michael W. Mason, Defendants, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the September 26, 2022 Order of the Court, Plaintiff's opposition to this motion (and any cross-motion) is due on November 17, 2022.  Dkt. No. 54.

Dated:    New York, New York
          October 20, 2022

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendants*

               By:    */s/ Jennifer Jude*
                      JENNIFER JUDE
                      Assistant United States Attorney
                      86 Chambers Street, Third Floor
                      New York, New York  10007
                      Telephone:  (212) 637-2663
                      Facsimile:  (212) 637-2686