UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSAVIAINVEST, OOO,

       Plaintiff,

v.

JANET YELLEN, in her official capacity as the Secretary of the Treasury; ANDREA M. GACKI, in her official capacity as the Director of the Office of Foreign Assets Control; MERRICK B. GARLAND, in his official capacity as the Attorney General of the United States; and UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,

       Defendants.

Case No.:18-cv-05676 (PGG)

## NOTICE OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated November 17, 2022, Plaintiff Rusaviainvest, OOO ("Rusaviainvest") will move this Court, before the Honorable Paul G. Gardephe at the United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard for an Order: (i) denying Defendants' motion for summary judgment; and (ii) granting Plaintiff's Cross-Motion for Summary Judgment or, in the alternative, ordering Defendants to declassify or summarize the administrative record or permit Plaintiff to review the record under a protective order.

New York, New York
November 17, 2022

    Respectfully submitted,
    /s/ Eric M. Creizman
    Eric M. Creizman
    ARMSTRONG TEASDALE LLP
    7 Times Square, Fl. 44
    New York, New York 10036
    T: (212) 972-0200
    ecreizman@atllp.com
    *Attorneys for Plaintiff Rusaviainvest, OOO*