

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 5, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: *Rusaviainvest, OOO v. Yellen, et al.*, 18 Civ. 5676 (PGG)

Dear Judge Gardephe:

  This Office represents defendants Janet Yellen, Andrea M. Gacki, Merrick Garland, and the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC") (collectively, the "Government") in the above-referenced matter. I write on behalf of the Government and Plaintiff Rusaviainvest, OOO ("Plaintiff") to respond to the Court's June 27, 2023 Order. Dkt. No. 63.

  According to the complaint, Plaintiff is a Russian company that is 100% owned by Andrey Vorobev, who is also the company's Director. Dkt. No. 3 ¶ 9. In its June 27, 2023 Order, the Court noted that since this case was filed in 2018, "the Executive branch has enacted multiple new sanctions programs targeting various Russian entities and persons" and the Court directed the parties to file a joint letter "indicating whether Plaintiff or [Andrey] Vorobev have been designated under any such sanction program, and if so, what effect that development has on this case." Dkt No. 63 at 2.

  Plaintiff has not been designated under any of the United States' sanctions program and thus is not on OFAC's List of Specially Designated Nationals and Blocked Persons (the "SDN List").[1] While there are two persons with the name Andrey Vorobev on the SDN List, the identifiers specified on the SDN List (*e.g.*, date of birth, place of birth) for these sanctioned individuals do not match those on the passport provided by Plaintiff's owner Andrey Vorobev, copies of which were provided to OFAC along with Plaintiff's applications for licenses and are part of the administrative record. *See* AR 0495, AR 0504, AR 0613, AR 0693, AR 0743, AR 0781, AR 0856, AR 0936, AR 0990, AR 1003. Plaintiff further represents to the Court that he is not either of the two persons with the name Andrey Vorobev who appear on the SDN List.

---

[1] OFAC, Sanctions List Search, https://sanctionssearch.ofac.treas.gov, last accessed July 3, 2023.

The parties thank the Court for its consideration of this submission.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

by:    */s/ Jennifer Jude*
        JENNIFER JUDE
        Assistant United States Attorney
        86 Chambers Street, 3rd floor
        New York, NY 10007
        Tel:   (212) 637-2663
        Email: jennifer.jude@usdoj.gov

cc: Eric Creizman, Esq.,
    Counsel for Plaintiff (by ECF)