**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RUSAVIAINVEST, OOO,

                    Plaintiff,                              18 **CIVIL** 5676 (PGG)

       -against-                                      **JUDGMENT**

JANET YELLEN, in her official capacity as The
Secretary of the Treasury, ANDREA M. GACKI, in
her official capacity as the Director of the Office of
Foreign Assets Control, MERRICK B. GARLAND,
in his official capacity as the Attorney General of the
United States, and UNITED STATES DEPARTMENT
OF THE TREASURY, OFFICE OF FOREIGN
ASSETS CONTROL,

                    Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2023, the Government's motion for summary judgment (Dkt. No. 57) is granted and Rusaviainvest's cross-motion for summary judgment (Dkt. No. 60) is denied. Accordingly, the case is closed.

**Dated:** New York, New York
          September 22, 2023

                                                          **RUBY J. KRAJICK**
                                                           Clerk of Court

                                   **BY:**
                                                            _____
                                                             **Deputy Clerk**